# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

ADRIAN PULIDO RODRIGUEZ,

Petitioner,

v.

SENIOR WARDEN, ADELANTO DETENTION FACILITY, et al.,

Respondent.

Case No. 5:26-cv-03056-CV-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the petition for writ of habeas corpus;

(2) a writ of habeas corpus be issued requiring Petitioner Adrian Pulido Rodriguez's (A# 216-554-200) immediate release, and prohibiting Petitioner's re-detention absent a hearing at which the government shows material changed circumstances justifying his detention;

(3) Respondents are to file a status report within three (3) days confirming their compliance with the Court's order; and

(4) dismissing this case with prejudice.

DATE: 7/31/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE