JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN PULIDO RODRIGUEZ,<br>Petitioner,<br>v.<br>SENIOR WARDEN, ADELANTO DETENTION FACILITY, et al.,<br>Respondent. | Case No. 5:26-cv-03056-CV-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

DATE: 7/31/26

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE